E-filing

UNITED STATES
DISTRICT COURT
NORTHERN CALIFORNIA
CV 08 2692

PJH

CHARLES WANG )          CASE NO:
701 S. Abel Street )    NOTICE OF APPEAL          **PJH**
DUH740/08033629)        PETITION FOR WRIT OF HABEAS
MILPITAS, CA 95035)     CORPUS                    **(PR)**


   IN APRIL OF 2004, I WAS FALSELY ACCUSED OF A CRIME
I DID NOT COMMIT. IN JULY OF 2006. I WAS WRONGFULLY
CONVICTED BY THE SAME JUDGE, WHO PRESIDED AT
BOTH MY PRE-TRIAL (PRE-LIM) AND TRIAL. OVER THE TWO
YEAR PERIOD, DUE PROCESS WAS NOT FOLLOWED, INCLUDING
CRITICAL QUESTIONS PERTAINANT TO THE CASE WERE NOT
ASKED BY THE POLICE, PUBLIC DEFENDERS, DA. DESPITE
MY REPEATED REQUEST, NO INVESTIGATION WAS DONE ON
MY BEHALF.
   AN APPEAL WAS FILED AT SIXTH DIST APPEALATE COURT
IN FEBRUARY OF 2007. I HAVE ALSO SENT APPEAL TO
CALIFORNIA SUPREME COURT.
   THE CASE NO. IS FF405914. I WANT TO PETITION FOR
WRIT OF HABEAS CORPUS. I WOULD LIKE TO KNOW HOW TO
PAY FROM MY CURRENT ACCOUNT. (I AM IN COUNTY FACILITY
DUE TO ANOTHER ALLEDGED "PROBATION VIOLATION".
Signed under penalty of perjury.    MAY 21, 2008

                              CHARLES WANG



Charles Wang
CJ#7401080-33629
701 S. Abel Street
Milpitas, CA 95035

SAN JOSE CA 953
23 MAY 2008 PM 3 E

OFFICE OF CLERK
US DISTRICT COURT (HABEAS CORPUS)
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 74102

COUNTY JAIL
GENERATED MAIL

94102+3661