UNITED STATES
DISTRICT COURT
NORTHERN CALIFORNIA

**FILED**
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Wang ) Case No: CV 08-2692 PJH
701 S. Abel Street )  Presiding Judge:
DUH740/08033629 ) Motion to Extend Time
Milpitas, CA 95035 )

E-filing

    On or about May 31st, I received a package from the Office of the Clerk, regarding Electronic Case Filing (ECF). On June 1st, I submitted a Request to Elmwood facility for allowing computer & Internet access. On June 4th, I submitted another request in an effort to find out about the status of my first request. To date, I have not heard back from either requests yet.

    I seek court's approval to fulfil any filing requirements starting two (2) weeks after arrangement is made for granting computer & Internet access at Elmwood facility.

Signed under penalty of perjury,

June 10th, 2008

S.C. Wang, Petitioner

CV08-2692

Office of the Clerk
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

June 10, 2008

Dear Duty Clerk:

I received your package re: In FORMA PAUPERIS. However, I do have more than $5.00 in my money account. On June 2nd, I have submitted a request to have a County Warrent/check issued to the District Court. I have not yet heard back from Elmwood. As soon as I hear from them, I will mail it to you.

I also requested for computerd Internet access for ECF (Electronic Case Filing) requirement. I have not head back about that either. I understand there is a "10 business day" deadline, for one of the filing, which is coming up in the next few days. Thus, I am filing a "Motion to extend time" for now.

Sincerely,

[signature]
DU11740/08033629
70 S. Abel Street
Milpitas, CA 95035

Charles Wang
DOH740/0803362@
701 S. Abel Street
Milpitas, CA 95035

COUNTY JAIL
GENERATED MAIL

Office of the Clerk
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

