RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name WANG (Last) CHARLES (First) S. (Initial)

Prisoner Number DUH740 / 08033629

Institutional Address 701 S. Abel Street, Milpitas, CA 95035

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHARLES WANG
(Enter the full name of plaintiff in this action.)

vs.

Tanyan Smith; Judge Kenneth Shapiro; Admir Alum (Ass DA) Officer Zen
(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08-2692 PJH
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

E-filing

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

SANTACLARA COUNTY SUP.CRT. SOUNTY COUNTY — SAN MARTIN, CA

Court Location

(b) Case number, if known FF405914

(c) Date and terms of sentence Original 80days + Probation

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ____

Where?

Name of Institution: ELMWOOD

Address: 701 S. Abel Street, Milpitas, CA 95035

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Section 273.5, 273.6 Penal Code

3. Did you have any of the following?

Arraignment: Yes ✓ No ____

Preliminary Hearing: Yes ✓ No ____

Motion to Suppress: (?) Yes ____ No ✓

4. How did you plead?

Guilty ____ Not Guilty ✓ Nolo Contendere ____

Any other plea (specify) 3 Misc.

5. If you went to trial, what kind of trial did you have?

Jury ____ Judge alone ✓ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ✓ No ____

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes ✓ No ____

(b) Preliminary hearing Yes ✓ No ____

(c) Time of plea Yes ✓ No ____

(d) Trial Yes ✓ No ____

(e) Sentencing Yes ✓ No ____

(f) Appeal Yes ✓ No ____

(g) Other post-conviction proceeding Yes ____ No ____

8. Did you appeal your conviction? Yes ✓ No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes ✓ No ____

Year: 2007 Result: Partial Reversal

Supreme Court of California Yes ✓ No ____

Year: 2007 Result: None. Clerk claim not received Notice

Any other court Yes ____ No ____

Year: ____ Result: ____

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Yes ____ No ✓

(c) Was there an opinion? Yes ✓ No____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes ____ No____

If you did, give the name of the court and the result:

______________________________________________

______________________________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes ____ No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________

b.______________________________

c.______________________________

d.______________________________

Result: ____________________ Date of Result:__________

II. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.________________________________________________

b.________________________________________________

c.________________________________________________

d.________________________________________________

Result: ___________________________Date of Result:_________

III. Name of Court: ________________________________________

Type of Proceeding: _____________________________________

Grounds raised (Be brief but specific):

a.________________________________________________

b.________________________________________________

c.________________________________________________

d.________________________________________________

Result: ___________________________Date of Result:_________

IV. Name of Court: ________________________________________

Type of Proceeding: _____________________________________

Grounds raised (Be brief but specific):

a.________________________________________________

b.________________________________________________

c.________________________________________________

d.________________________________________________

Result: ___________________________Date of Result:_________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____ No_____

Name and location of court: ____________________________________

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Constitutional Rights of Due Process; and CA CDP §80.10[1]; §80.06 rights to compulsory process, §80.10 rights to present a defense.

Supporting Facts: In fall of 2004, I asked Public Defender, Tanya Smith to investigate several key areas, such as phone records of evening of March 19, 2004. She denied that. That impeded my ability to present a defense at "pre-trial" and "trial".

Claim Two: Constitutional Rights of Due Process; and CA CDP §80.10[1] §80.05, 09 rights to an impartial jury, §80.09 impartial judge.

Supporting Facts: In Spring of 2005, I asked Judge Shaprio for a venue change (see court transcript). Judge Shaprio presided on the "pre-trial". In summer of 2006, he was assigned to be the trial judge. Since he formed his opinion in "pre-trial", he is not impartial at trial.

Claim Three: Constitutional Rights of Due Process; and CA CDP §80.10[1] §80.03 right to present at proceeding, §80.07 rights to confrontation as components

Supporting Facts: During the Sixth District Appeal process. The Appeal was filed before I even had a chance to review it. Dist. Attorney Amir Alam did not provide critical information to the Appeal attorney. Only a portion of Judge Shapiros decision was reversed. I was basically denied the appeal for the cri 14,5,6 Continued →

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

I did not know of any then, and the attorney did not advise me of these rights.

B. Grounds for Relief (continued)

Claim Four: Constitutional Rights of Due Process; and CA CDP §80.10[1] §80.09 rights to procecutional fairness.
Supporting Facts: In September of 2006, I was told to plead "No Contest" to §273.6 PC. Judge Shaprio, later said, pleading "No contest" is the same as pleading "guilty". I was not informed as such.
Claim Five: Constitutional Rights of Due Process and Equal Protection, CA CDP §80.10[1], §80.09 rights to procecutorial fairness.
Supporting Facts: Initially, Morgan Hill police, officer Zen did not conduct a fair investigation. By the time of "pre-trial" and "trial", both Officer Zen and Asst. DA Amir Alum already knew the allegations could be false. They acted in a biased, unfair manner.
Claim Six: Constitutional Rights of Due Process; and CA CDP §80.10[1] §80.09 rights to procecutional fairness.
Supporting Facts: In summer of 2007, after only a partial reversal of Judge Shaprio's decision. I filed a Notice of Appeal to California State Supreme court in SF. I was in county jail for an alleged "Probation Violation" since February 15th that year. I was denied access to postage stamps to communicate to the court. I was infracted five (5) times) for doing nothing different from others. On February 28th, I was put in solitary confinement, in a room with heat blocked off, and I was not issued a mattress, which is also against Rule book, I later found. I was told not to appeal! My legal mail was opened. Mail was missing. When I went out in November, I went to State Office in San Francisco. I was told they never received the Notice I filed. I was denied from appeal again.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

______________________________________________________________

______________________________________________________________

______________________________________________________________

Do you have an attorney for this petition? Yes_____ No ✓

If you do, give the name and address of your attorney:

______________________________________________________________

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2008 [signature]

Date Signature of Petitioner

(Rev. 6/02)


SAN JOSE CA 951
17 JUN 2008 PM
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680
(office of the Clerk)
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
COUNTY JAIL
GENERATED MAIL

