UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES WANG,

                Petitioner,

   vs.

TANYAN SMITH, et al., ;

                Respondent.

_____/

No. C 08-2692 PJH (PR)

**ORDER EXTENDING TIME
TO PAY FILING FEE OR
REQUEST LEAVE TO
PROCEED IN FORMA
PAUPERIS**

     This is a habeas case filed pro se by a state prisoner.  On May 28, 2008, the clerk notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP").  Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

     Plaintiff has written to the clerk saying that he has asked the jail to send the filing fee.  He has also filed a "Motion to Extend Time," in which he says that he has asked for computer access at the jail so he can make electronic case filings and asks that the court extend "any filing requirements" to a date two weeks after he is granted such access.

     As a pro se prisoner, petitioner is not required to file electronically, and paper copies of electronic filings by the respondent and the court will be mailed to him.  There is no need for petitioner to have computer access to maintain this case.

     The motion for an extension of time (document number 3) is **GRANTED**.  Petitioner shall pay the filing fee or file an IFP application by July 24, 2008.

     **IT IS SO ORDERED.**

Dated:  July   10   , 2008.

                               PHYLLIS J. HAMILTON
                               United States District Judge

G:\PRO-SE\PJH\HC.08\WANG2692.EXT-ifp.wpd

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHARLES WANG,

               Plaintiff,

   v.

TANYAN SMITH,  et al,

               Respondent..

_____/

Case Number: CV08-02692 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charles Wang 08033629
DUH740
701 S. Abel Street
Milpitas, CA 95035

Dated: July 10, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk