```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021231
Cashier ID: bucklem
Transaction Date: 07/14/2008
Payer Name: charles west
--------------------------------------
WRIT OF HABEAS CORPUS
 For: charles wang
 Case/Party: D-CAN-3-08-CV-002692-001
 Amount:       $5.00
--------------------------------------
MONEY ORDER
 Check/Money Order Num: 1281964
 Amt Tendered: $5.00
--------------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```



Charles Wang
OUH 740
08033629
701 S. Abel St.
Milpitas, CA 95035

District Court
Clerk's Office
450 Golden Gate Ave.
San Francisco, CA 94102