Charles Wang
DUH740/08833629
701 S. Abel Street, M5C
Milpitas, CA 95035

FILED
08 JUL 29 PM 12:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES
DISTRICT COURT
NORTHERN CALIFORNIA

CHARLES WANG, ) Case No: C08-2692 (PJH)
   PETITIONER, ) Pressiding Judge: PHYLLIS J. HAMILTON
v. TANYA SMITH, KENNETH SHAPRIO ) MOTION TO APPOINT SPECIAL
ATTR. ALEN M. ZEN, ) COUNCIL, ADDENDUM
   RESPONDENT )

On July 15th, I received Honorable Judge Hamilton's order GRANTING "MOTION TO EXTEND TIME" to a new deadline of July 24th, and allowing paper filing. However, to this date of July 25th, I have not heard from "Friends Outside", nor have I heard from the facility for computer access, nor issued a check from my "MONEY ACCOUNT", which I have kept a minimum balance of at least $5.00.

"Friends Outside" is part of an United Way Agency. It's funding is limited. The "M5" building, I am currently housed, has close to 400 people. There are at least four (4) more similar buildings (M2, M3, M4 & M8). Maybe one, or two (2) for women. Total for the Elmwood facility, including also close to 1,000 at the minimum camp, may be well over 3,000. The "Main Jail" has another 1,000 or more. I have put in several requests for "Friends Outside" before, and never had any response.

I saw a financial report reflecting $170,000 charges from "Friends Outside" for Infraction Services. I know from previous experiences, they do have representatives for the paid service. The County facility do have a contract with "Friends Outside"

1/3

paying them "85%" for Infraction Services. This County facility must also know they are not likely to perform all the other none-paid services, such as copying or deal with a $5.00 check.

Dozens of people leave the facility everyday and dozens of checks issued everyday. It is clearly stated in the Rulebook (EXHIBIT in previous filing) "You may release money from your account." Sending it to Friends Outside is just stalling the process, creating a roadblock. This Haebeas Corpus filing is about DUE PROCESS not been followed up and down the line within the county.

I have also experienced denied access to postage stamps (against the "Rulebook"); infracted for sending mail to District Court; legal mail been opened; legal mail never reached destination; etc.

After waiting for more than a month, I had to ask an Out-of-State relative to send a check on my behalf. I don't know the status of that. Since I have not heard from the "facility" about the status of computer & Internet access, I don't know how to proceed.

Santa Clara County is center of the Silicon Valley. There are county run programs to teach how to use computers. Access to legal info. is one of the most critical function the computer may help to expidite justice be prevailed. Yet, where the Legal Library is, MailJail, there is only typewriter(s). Where there are couple dozens of computers, Elmwood, the Legal Library has been taken out. Both places can have computer and Internet access to PACER and ECF program. Each building (rooms about 300-400 people, full all the time) can have the same access and should have the same access.

2/3

All of these setups are skillfully placed (e.g. out-dated forms so people can't get information). Some are general. In my case, many are targeted (use Trustee to provide misleading information, which later resulted an infraction). I have met people from all over the world here. Some are also in high tech. Generally, people are appauled.

Besides the harsh environment (3:30AM breakfast; not been issued proper clothing, bedding; not able to sleep more than four (4) hours at any one time; etc.); the uncertainty, don't know what's going to happen next, has lead to anguish and emotional distress.

The stalling and delay (No investigation from the on-set; misdirection; etc.) has also caused even more financial devestation. County's gross and intentional neglet of County's (D.O.C) own rule is consistent with the DUE PROCESS violation petitioned in the Habeas Corpus filing. It's been used to hinder proper legal process. Unless it's been properly investigated, it will also harm others and directly/indirectly the legal system, our community and the nation. I pray for the court's consideration to appoint a Special council to ensure proper process & procedures been followed by promptly investigate the violations.

Signed under penalty of perjury.

July 25, 2008

*[signature]*

S.C.W-WG, petitioner

Case 3:08-cv-02692-PJH    Document 8-2    Filed 07/29/2008    Page 1 of 1



Charles Weare
DUH74010883629
701 S. Abel Street
Milpitas, CA 95035

Legal Mail

COUNTY JAIL
GENERATED MAIL

Clerk's Office
R.W. Weikiup Building
450 Golden Gate Avenue
San Francisco, CA 94102

SAN JOSE CA 951
25 JUL 2008 PM 5 T

94102+3661 C004