Charles Wang
DUH 740/0833629
701 S. Abel Street
Milpitas, CA 95035

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST... ...ORNIA

UNITED STATES
DISTRICT COURT

NORTHERN CALIFORNIA

| | |
|---|---|
| Charles Wang ) | Case No: C08-2692 PJH |
| Petitioner ) | Presiding Judge: PHYLLIS J. HAMILTON |
| v. S. Smith, Kenneth Shapiro ) | Motion to Appoint SPECIAL Council, |
| Amir Alem, M. Zen ) | ADDENDUM 2 |
| Respondent ) | |

In court, on July 15th, a date for probation hearing was set on August 18th. The Public Defender assured me that he will meet with me at Elmwood. I wrote him a letter the next day, requesting several documents including formal report, '05 & '06 court transcript, as I have previously requested in my May 25th letter to him.

After waiting for a month, on Friday August 15th, 3:00 pm, I was called to meet with him. He did not bring any of the documents I have requested; Not even a copy of the formal Probation Report. When I requested to have a copy made, he clipped a termination report and handed it to me.

When I asked him who will be at the hearing, the co-owners of Waves, or the person did the Termination Report, he said he did not know. I have asked to request "Z"'s presence. It's important to have her testify because the termination was not in good-faith. Since he did not know who is going to be there, I could not work out the necessary questions for the hearing. I have attended the classes. I have finished "Z"'s 16-week parenting class. I should not

1/3

have been terminated from the 52-week class. With the class assignments, I can prove that I have benefited from the class. With the presence of some of the other people enrolled in the class, I can prove I was treated differently and the termination was not in good faith.

Our conversation ended about half an hour. I was not given any real legal assistance, i.e. No docs, he did not call any witness. State Appellete Court's decision of partial reversal on Pre-Condition should also validate I should not be found guilty of first "probation violation", or be charged with the second one. Besides, I did not even had a chance to meet with the Public Defender before the hearing on previous "probation violation".

The pattern is consistent. From deny postages (against Facility's own Rulebook), to opening legal mail and disappearing legal mail (United States Postal fraud?), to not providing legal assistance (original case, previous and current alleged probation violation), etc, all of these are within the realm of Judge Shapiro's comment made before pre-trial, (and trial) before any evidence was introduced, during a court appearance when I asked for Venue Change.

<u>South County</u>

In a recent San Jose Mercury News report on "Race, Little Friction Seen", Santa Clara County is quoted to have 38.6% White, 30.5% Asian, 25.7% Latinos, only 5.2% of Black and others combined. Morgan Hill, one of two cities in South County, has about 5% Asian and 5% Latinos. Overall minority population is much lower than elsewhere in the county.

2/3

A closer look would reveal that 5% Asian mostly consists of engineers and programmers from Taiwan and professionals from Philipines in early 1990s. However, about the same percentage now from India and China!

Discrimination on National Origin is against federal law. While other cities in the county Asian population and percentage has increased, it's quite different in this particular area. From what I know elsewhere in the nation, there is nothing like this except at this location.

I was successful in getting my B.S. degree from a number-One ranked Chemical Engineering department and M.S. in Computer Science in Midwest during late '70's and ealy 80s. I taught at the four-year University when I was only 24. I was the one first to propose a new methodology to analyze supercomputer in improving speed when I started working in New York. I was with the company for only year and half. I was successful doing product roll-out next. Since 2000, I worked with special ed. students, community college students to empower them to be successful in math and sciences. I also proposed to build a Third-generation Ground Transportation System (3GT) to transport people, pessenger cars, cargo/containers. It seemed all these including also helping my own son's education was put on hold until there is any investigation been done. I pray for the court's consideration to appoint a special council.

Signed under penalty of perjury,

Dated August 17, 2008

*[signature]*

S.C. WANG, Petitioner

3/3

Charles Wave
DOH740/0803362-9
7015 Abel Street
Milpitas, CA 95035

COUNTY JAIL
GENERATED MAIL

Clerk's Office
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

SAN JOSE CA 951
20 AUG 2008 PM 1 T

9410 2+3432 C004

