Charles Wang
DUH740/08033629
701 S. Abel Street
Milpitas, CA 95035

UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA

| | |
|---|---|
| Charles Wang, | Case No: C08-2692 |
| Petitioner | Presiding Judge: Phyllis J. Hamilton |
| v. Sonia Smith; Kenneth Shapiro | Motion to Appoint Special |
| Amir Alem; M. Zen | Council, Addendum 2 - |
| Respondent | Corrections (Exhibit) |

Corrections: 1) In 2004, when Attorney Smith was on this case, I have always addressed her as "Attorney Smith". I've heard her first name only when she introduced herself. I mistakenly used "Tanya" instead of Sonia in earlier court papers. I am disadvantaged by not able use word processors, Internet and have access to documents. There may be other spelling, or similar mistakes due to above reasons.

2) Complete title of San Jose Mercury News article was "RACE - little friction seen among 3 big minorities" (Exhibit A). I found several problem areas which relates to this case.

a. "Foreign students...... creates a pipeline of new residents...." - I was one of those foreign students 30 years ago. Then, large percentage of the Computer Science students were foreign students. I was the only "Teaching Assistant"/Instructor among that particular group. I was offered most challenging jobs, and probably one of the first to publish (one and half years), and made contributions. This article did not mention what happens when there is an economic downturn. What will happen to this "pipeline"? Higher education

1/2

is a big economic force by itself. However, not able to get our own children engaged in high-tech from the ground up will hurt the future of our country. Example: impact from highly skilled (education intensive) professionals <u>not</u> protected during downturn.

b. "3 big minorities" - What happened to the fourth (American Americans) minorities in Santa Clara County? Why is the percentages in South County so low compare to the rest of the county? Is quality education equally provided to all groups?

c. The article started by appraise the county having "Diversity" (front page, 1A was taken by someone else) It ended with "Some Asians have little interest in American Values in the sense of mixing in with the population....". Why is Hispanic population allowed to keep their own culture, even language. Are Asian men and women been treated the same? "Business signs" can be easily resolved by creating business venture of placing universal symbols for different business like universal symbols at airport, highways, etc.

However, claims like "Some Asians have little interest in American Values" in some areas (like South County) can get family broken, individual running out of town. Doesn't my proposal of building a more efficient, productive transportation system to ferry cars, as well as people and cargo/containers enhance American lifestyles?

Signed under penalty of perjury

Dated:
August 24th, 2008

[signature]
S.C. WANG, Petitioner



# RACE | Little friction seen among 3 big minorities

*Continued from Page 1A*

nearly one in 10 — that are "majority minority," where whites are less than half the population.

An analysis of the new federal data by the Mercury News shows that in only 39 of those counties, including Santa Clara, are racial and ethnic groups so closely balanced that no single group makes up 40 percent or more of the total population. Santa Clara was the only U.S. county in 2007 where whites, Asians and Hispanics each made up at least one-quarter of the total population.

Despite America's growing overall diversity, the nation's counties are a patchwork quilt where it is far more typical that one group commands the majority: whites in the rural Northeast and Midwest, Latinos in the Texas borderlands, blacks in many parts of the South, American Indians in parts of the Southwest.

"The only time you see this kind of kaleidoscope of American ethnicities and backgrounds is in a national picture. It's very different when you get down to the local level," said Bill Frey, a demographer with the Brookings Institution in Washington, D.C.

### Elsewhere in Bay Area

A mix like the Bay Area's is rare. Alameda County could argue that its racial mix is even more balanced than Santa Clara's, because it has a more significant black population, although Santa Clara has larger Asian and Hispanic populations. San Francisco has the highest percentage of Asians outside of Hawaii, at 33 percent of its population.

Demographers and economists say a number of economic and social factors have created that mix.

The large share of engineering and science degrees being earned by foreign students at universities such as Stanford, the University of California-Berkeley and San Jose State University in recent years creates a pipeline of new residents, many of whom go on to launch companies and bring family members and other workers from their home countries. Meanwhile, particularly early in the decade, high housing costs and the dot-com crash pushed whites to leave the Bay Area.

"This is a period where California has been a net exporter of college-educated workers to the rest of the country, and a big importer of college-educated workers from the rest of the world," said Deborah Reed, an economist for the Public Policy Institute of California. "The downturn in the economy probably kick-started the trend in folks leaving."

The new census data shows that about half of all U.S. counties lost white population last year, Frey said. Many were in the Great Plains or places where the total population is in decline, but nationally, the white population is not growing much, Frey said.

## Asian, Latino populations on the rise

For the second year in a row, Santa Clara County has the nation's largest increase in Asian population. Latino numbers are also growing, as the white population continues to decline.



### Largest Asian increases

| County | Est. Asian population gain |
|---|---|
| Santa Clara | 18,400 |
| Los Angeles | 14,300 |
| Orange | 11,000 |
| Queens, N.Y. | 10,400 |
| Clark, Nev. | 9,800 |

### Most diverse counties

There are only four counties in the United States where whites, Asians and Hispanics each make up at least 20 percent of the population. Their ethnic breakdown is shown here, compared to that of the nation as a whole.



*Includes American Indian, Pacific Islander and multiracial
Source: Census Bureau
MERCURY NEWS

"It's kind of just shuffling around," he said. "Where one place gains, another place has to lose."

While the pace of the white population decline has slowed in recent years, Santa Clara County has about 80,000 fewer white residents than it had at the time of the 2000 census. Meanwhile, the county's Asian population has surged. Santa Clara County gained about 18,000 people from 2006 to 2007, the largest gain in the nation for the second consecutive year, the Census Bureau said.

### Whites speak out

In a series of conversations this week, whites in the county did not express concern about not being the majority.

Michael Cornwell, a 34-year-old San Jose tech worker, said "it's better" that no group is the majority.

Because of so many new people and ethnic groups arriving over the past 30 years, people adjust to new faces and traditions, he said.

"If you look at the South, it's the same generations of white Americans that have lived there for the past 300 to 400 years," Cornwell said. "Here, people come into the community and are more accepting. There's a strong Latino culture here, a strong Vietnamese culture here, and those two cultures are more dominant than any of the traditional cultures.

"There's no turf," he added. "It's just all Silicon Valley. Let's make money and be happy."

But even as the racial mix has deepened, over the past decade the number of hate crimes registered in Santa Clara County has dropped. By far, the largest share of hate crimes are reported against blacks, even though blacks make up just 2.5 percent of the county population. Hate crimes against Asians and Latinos have not increased.

Perhaps the most notable friction points in Silicon Valley, some say, involve languages.

"The only thing I ever hear from the whites is, 'I just wish they would spend more time learning English.' That's the only complaint I ever hear," said Bob Sipple, chairman of San Jose's Human Rights Commission. "I have had comments made on the recent issue with the Vietnamese community — Little Saigon — you know, 'Let it go, you're making too big of an issue out of it.'"

Some whites — often privately — complain that newcomers don't try hard enough to fit in.

In Cupertino, where the Cupertino Union School District has gone from about 42 percent Asian to about 70 percent Asian over the past decade, one longtime white resident, who spoke on condition that his name not be used, said he resents seeing so many business signs in languages he can't read.

Some Asians "have little interest in American values in the sense of mixing in with the population," he said. "We're supposed to accommodate them, rather than them accommodating themselves to our lifestyle."

Contact Mike Swift at mswift@mercurynews.com or (408) 271-3648.

